Ava L. Schoen, OSB #044072
  Direct Dial:  503.802.2143
  Fax:  503.972.3843
  Email:  ava.schoen@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| **ADI ACQUISITION CO., LLC**, | Civil No. 3:18-cv-01871-HZ |
| Plaintiff, | **DECLARATION OF AVA L. SCHOEN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND SUPPORTING MEMORANDUM** |
| v. | |
| **THEODORE L. VALLAS,** | |
| Defendant. | |

I, Ava L. Schoen, do hereby declare as follows:

1.    I am the attorney of record for Plaintiff in this action.  I am over the age of 18, have personal knowledge of all of the facts herein, and am competent to testify thereto.

2.    Based on reasonable investigation into this matter, I believe Defendant is not a minor, is not incompetent, and is not a member of the military.

3.    Defendant was properly served with the Complaint and Summons in this case on November 8, 2018.  (ECF. No. 9.)  Defendant did not appear within the required 21-day

period, which ended on November 29, 2018. As of the date of this filing, Defendant has still failed to make any appearance or otherwise defend this matter.

        4.      Under the terms of the Note and the Guaranty, the amount due to Plaintiff is $2,130,455.76. This is calculated by adding the principal amount of $2,032,398.48 to the interest amount of $159,029.22 ($668.19 for the 238 days from April 16, 2018 through December 10, 2018), and subtracting the $60,971.94 in Maker's interest payments to date. As such, Plaintiff's claims are for a sum certain or a sum that by computation can be made certain.

        5.      Under the terms of the Guaranty, Plaintiff is also entitled to recover its costs and attorney fees incurred in connection with the enforcement of the Guaranty. The costs incurred in this case are the filing fee of $400.00 and a process server fee of $453.25. The amount of attorney fees incurred as of November 30, 2018, is $1,687.50. Attached as **Exhibit 1** is a true and correct representation of these costs and fees. These amounts are reasonable for the following reasons. First, Plaintiff has relied primarily on my work, at a standard hourly rate of $375.00. Based on my knowledge and experience, this is a reasonable rate in light of the fees that would be charged by other firms in Portland, Oregon, for similar service by attorneys with similar experience levels. Second, the fees charged are reasonable considering the number of documents drafted, the issues researched, and time spent.

        6.      As of the filing of this declaration, Plaintiff's counsel has spent additional hours working on the motion for default judgment and accompanying pleadings. The fees incurred for this work are still outstanding and unbilled.

\* \* \*

\* \* \*

\* \* \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

DATED this 10th day of December, 2018.

TONKON TORP LLP

By *s/ Ava L. Schoen*
Ava L. Schoen, OSB No. 044072
Direct Dial:  503.802.2143
Direct Fax:   503.972.3843
Email:  ava.schoen@tonkon.com
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099
Attorneys for Plaintiff

Page 3 –    DECLARATION OF AVA L. SCHOEN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND SUPPORTING MEMORANDUM

## ADI Acquisition Co., LLC

## 037840-00005

| DATE | Invoice | DESCRIPTION | INIT | TIME | AMOUNT |
|---|---|---|---|---|---|
| 10/09/18 | 1574109 | Research and draft complaint for breach of guaranty | ALS | 2.40 | 900.00 |
| 10/23/18 | 1574109 | Revise complaint; research home address of Mr. Vallas for service of process | ALS | 0.60 | 225.00 |
| 10/24/18 | 1574109 | Finalize complaint for filing | ALS | 0.30 | 112.50 |
| 10/25/18 | 1574109 | Prepare corporate disclosure statement and communications regarding same | ALS | 0.20 | 75.00 |
| 11/02/18 | 1575292 | Research initial filing obligations | ALS | 0.20 | 75.00 |
| 11/06/18 | 1575292 | Series of communications regarding service of complaint on Mr. Vallas | ALS | 0.10 | 37.50 |
| 11/07/18 | 1575292 | Series of communications regarding service of complaint on Mr. Vallas and research alternative service methods | ALS | 0.50 | 187.50 |
| 11/30/18 | 1575292 | Research filing of default judgment in district court; communicate with Mr. Beardsley regarding Mr. Vallas' failure to answer complaint | ALS | 0.20 | 75.00 |
| | | | Total | 4.50 | 1,687.50 |

**Exhibit 1**
**1 of 2**

| Date | Description | Billable |
|---|---|---|
| 10/08/18 | Filing Fee - Oregon U.S. District Court - Complaint | 400.00 |
| 11/09/18 | Service of documents - Nationwide Process Service, Inc. Theodore L. Vallas | 453.25 |
| | Sum: | 853.25 |