Dayna E. Underhill, OSB #926004
E-mail: dayna.underhill@hklaw.com
Calon N. Russell, OSB # 94910
E-mail: calon.russell@hklaw.com
**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300
Fax:  503.241.8014

*Attorneys for Theodore L. Vallas*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ADI ACQUISITION CO., LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THEODORE L. VALLAS<br><br>    Defendant. | Case No. 3:18-CV-01871-HZ<br><br>NOTICE OF APPEARANCE |

**TO:    THE CLERK OF THE COURT AND ALL PARTIES**

**PLEASE TAKE NOTICE** that Defendant Theodore L. Vallas ("Defendant"), without waiving any defenses or objections, hereby enters his appearance in the above-entitled action through the undersigned attorneys Dayna E. Underhill and Calon N. Russell.

Defendant requests that all future pleadings, notices, documents, or other papers, except original process, be served upon the undersigned attorneys of record at the address shown below:

Page 1 -    NOTICE OF APPEARANCE: CASE NO. 3:18-CV-01871-HZ

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

#62390940_v1

                HOLLAND & KNIGHT LLP
                2300 US Bancorp Tower
                111 SW Fifth Avenue
                Portland, OR  97204
                Telephone:  503.243.2300
                Fax:  503.241.8014
                E-mail:dayna.underhill@hklaw.com
                E-mail: calon.russell@hklaw.com

DATED:  December 19, 2018

                Respectfully submitted,

                HOLLAND & KNIGHT LLP


                By: *s/ Dayna E. Underhill*
                    Dayna E. Underhill, OSB #926004
                    E-mail: dayna.underhill@hklaw.com
                    Calon N. Russell, OSB # 94910
                    E-mail: calon.russell@hklaw.com
                    2300 US Bancorp Tower
                    111 SW Fifth Avenue
                    Portland, OR  97204
                    Telephone:  503.243.2300
                    Fax:  503.241.8014

                    *Attorneys for Defendant Theodore L. Vallas*

Page 2 -    NOTICE OF APPEARANCE: CASE NO. 3:18-CV-01871-HZ

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

#62390940_v1

CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing **NOTICE OF APPEARANCE** to be served on the following person[s]:

Ava L. Schoen
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
Email:  ava.schoen@tonkon.com
Telephone:  503.802.2143
Fax: 503.972.3843

*Attorney for Plaintiff*

by the following indicated method or methods:

☑     by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐     by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐     by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐     by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

    DATED:  December 19, 2018.

                                              *s/ Dayna E. Underhill*
                                              Dayna E. Underhill

Page 1 -    CERTIFICATE OF SERVICE

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

#62390940_v1