Ava L. Schoen, OSB #044072
  Direct Dial:  503.802.2143
  Fax:  503.972.3843
  Email:  ava.schoen@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| **ADI ACQUISITION CO., LLC**, | Civil No. 3:18-cv-01871-HZ |
| Plaintiff, | **PLAINTIFF'S MOTION TO WITHDRAW ITS MOTION FOR DEFAULT JUDGMENT AND SUPPORTING MEMORANDUM, DECLARATION OF AVA L. SCHOEN IN SUPPORT, AND ITS REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT** |
| v. | |
| **THEODORE L. VALLAS,** | |
| Defendant. | |

On December 10, 2018, Plaintiff ADI Acquisition Co., LLC ("ADI") filed Plaintiff's Motion for Default Judgment and Supporting Memorandum (Dkt. No. 10), Declaration of Ava L. Schoen in Support of Plaintiff's Motion for Default Judgment and Supporting Memorandum (Dkt. No. 11), and Plaintiff's Request for Clerk's Entry of Default Against Defendant (Dkt. No. 12) (together, the "Default Motion") for the reasons set forth in the Default Motion.

Page 1 -    PLAINTIFF'S MOTION TO WITHDRAW ITS MOTION FOR DEFAULT JUDGMENT AND SUPPORTING MEMORANDUM, DECLARATION OF AVA L. SCHOEN IN SUPPORT, AND ITS REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT

On December 19, 2018, after Plaintiff's Default Motion was filed, Defendant, through its counsel, Holland & Knight LLP, filed a notice of appearance (Dkt. No. 13). In light of Defendant's belated appearance and in order to conserve the resources of the Court, Plaintiff withdraws the Default Motion.

DATED this 20th day of December, 2018.

TONKON TORP LLP

By *s/ Ava L. Schoen*
Ava L. Schoen, OSB No. 044072
 Direct Dial:  503.802.2143
 Direct Fax:   503.972.3843
 Email:  ava.schoen@tonkon.com
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099
 Attorneys for Plaintiff

037840/00005/9584283v1

Page 2 -   PLAINTIFF'S MOTION TO WITHDRAW ITS MOTION FOR DEFAULT JUDGMENT AND SUPPORTING MEMORANDUM, DECLARATION OF AVA L. SCHOEN IN SUPPORT, AND ITS REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT