Dayna E. Underhill, OSB #926004
E-mail: dayna.underhill@hklaw.com
Calon N. Russell, OSB # 94910
E-mail: calon.russell@hklaw.com
**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300
Fax:  503.241.8014

*Attorneys for Theodore L. Vallas*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ADI ACQUISITION CO., LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>THEODORE L. VALLAS,<br><br>           Defendant. | Case No. 3:18-CV-01871-HZ<br><br>SUPPLEMENTAL DECLARATION OF DAYNA E. UNDERHILL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT THEODORE L. VALLAS |

I, Dayna E. Underhill, declare and state as follows:

1.      I am a partner in the law firm of Holland & Knight LLP and I, along with my associate, Calon N. Russell, are counsel of record for Defendant Theodore L. Vallas in this matter.  I make this declaration on the basis of my own personal knowledge in support of the Motion of Attorney Dayna E. Underhill for the Withdrawal of Dayna E. Underhill, Calon N. Russell, and Holland & Knight, LLP as Counsel for Defendant Theodore L. Vallas filed on April 30, 2019.

2.      I make this Declaration for purposes of providing contact information for Defendant Theodore L. Vallas.  Mr. Vallas' contact information is as follows:

Page 1 - SUPPLEMENTAL DECLARATION OF DAYNA E. UNDERHILL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT THEODORE L. VALLAS

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

#67473245_v1

        Theodore L. Vallas
        Carlsbad-Palomar Airlines, Inc.
        2100 Palomar Airport Road, #222/223
        Carlsbad, CA 92011
        T. (760) 814-2052

3. In addition, emails to Mr. Vallas should be directed to both Vallas1@cox.net and TGVallas@gmail.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2019

        *s/ Dayna E. Underhill*
        Dayna E. Underhill, OSB #926004

Page 2 -    SUPPLEMENTAL DECLARATION OF DAYNA E. UNDERHILL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT THEODORE L. VALLAS

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

#67473245_v1

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing SUPPLEMENTAL DECLARATION OF DAYNA E. UNDERHILL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT THEODORE L. VALLAS to be served on the following person[s]:

Ava L. Schoen
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
Email: ava.schoen@tonkon.com
Telephone: 503.802.2143
Fax: 503.972.3843

*Attorney for Plaintiff*

by the following indicated method or methods:

☑ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED May 2, 2019.

*s/ Dayna E. Underhill*
Dayna E. Underhill

Page 1 -   CERTIFICATE OF SERVICE

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#67473245_v1