UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

|  |  |
|---|---|
| Plaintiff(s), | Case No.: |
| v. |  |
|  | JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT |
| Defendant(s). |  |

_____

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

   ☐ Yes   ☐ No

   If not, provide an explanation:

   _____

   _____

2. The parties propose:   (*check one of the following*)

   ☐ (a)   That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

   ☐ (b)   That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

   _____

   _____

   _____

☐ (c)     ADR may be helpful at a later date following completion of:

_____

_____

☐ (d)     The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e)     The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f)     Other:

_____

_____

_____

Dated:_____          By:   _____

 

                                                      By:   _____