Ava L. Schoen, OSB #044072
  Direct Dial: 503.802.2143
  Fax: 503.972.3843
  Email: ava.schoen@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| ADI ACQUISITION CO., LLC,<br><br>               Plaintiff,<br><br>v.<br><br>THEODORE L. VALLAS,<br><br>               Defendant. | Civil No. 3:18-cv-01871-HZ<br><br>**PLAINTIFF'S ITEMIZED LIST OF ECONOMIC DAMAGES** |

Pursuant to the Court's Court Trial Management Order [ECF No. 26] and Minute Order [ECF No. 34], Plaintiff ADI Acquisition Co., LLC ("Plaintiff" or "ADI Acquisition") submits the following Itemized List of Economic Damages.

1.      Principal and interest in the total amount of $2,456,095.45 is owing to ADI Acquisition due to Defendant's breach of guaranty. See **Exhibit A** attached hereto for detailed support of the principal and interest owing. These damages will be proven through the testimony of Terry Canby and John Beardsley and through Plaintiff's Exhibits 1, 3, 4, and 29.

2.      Attorney fees in the amount of $55,506.50 as of December 31, 2019, are owing to ADI Acquisition due to Defendant's breach of guaranty. These damages will be proven

through the testimony of Terry Canby and John Beardsley and through Plaintiff's Exhibits 1, 3, 4, and 28.

3.      Costs in the amount of $2,003.27 as of December 31, 2019, are owing to ADI Acquisition due to Defendant's breach of guaranty.  These damages will be proven through the testimony of Terry Canby and John Beardsley and through Plaintiff's Exhibits 1, 3, 4, and 28.

DATED this 3rd day of February, 2020.

TONKON TORP LLP


By s/ Ava L. Schoen
    Ava L. Schoen, OSB No. 044072
     Direct Dial:  503.802.2143
     Direct Fax:   503.972.3843
     Email:  ava.schoen@tonkon.com
    1600 Pioneer Tower
    888 SW Fifth Avenue
    Portland, OR  97204-2099
    Attorneys for Plaintiff

# EXHIBIT A

## Carlsbad-Palomar Airlines, Inc. / Theodore L. Vallas
### Note and Guaranty Dated March 20, 2018
### Amortization as of January 31, 2020

| | | | Less Payments Made | Add Interest | Principal Balance | Total Balance Excluding Attorney Fees and Costs |
|---|---|---|---|---|---|---|
| **Beginning Balance March 20, 2018** | | | | | $2,032,398.48 | |
| March | | | | | 2,032,398.48 | |
| April | | | | | 2,032,398.48 | |
| May | | | | $20,323.98 | 2,052,722.46 | |
| June | 1st | Ck#20001 | $20,323.98 | 20,527.22 | 2,052,925.70 | |
| June | 15th | Ck#20013 | 20,323.98 | 20,529.26 | 2,053,130.98 | |
| July | 23rd | EFT | 20,323.98 | 20,531.31 | 2,053,338.31 | |
| August | | | | 20,533.38 | 2,073,871.69 | |
| September | | | | 20,738.72 | 2,094,610.41 | |
| October | | | | 20,946.10 | 2,115,556.51 | |
| November | | | | 21,155.57 | 2,136,712.08 | |
| December | | | | 21,367.12 | 2,158,079.20 | |
| **2019** | | | | | | |
| January | | | | 21,580.79 | 2,179,659.99 | |
| February | | | | 21,796.60 | 2,201,456.59 | |
| March | | | | 22,014.57 | 2,223,471.16 | |
| April | | | | 22,234.71 | 2,245,705.87 | |
| May | | | | 22,457.06 | 2,268,162.93 | |
| June | | | | 22,681.63 | 2,290,844.56 | |
| July | | | | 22,908.45 | 2,313,753.01 | |
| August | | | | 23,137.53 | 2,336,890.54 | |
| September | | | | 23,368.91 | 2,360,259.45 | |
| October | | | | 23,602.59 | 2,383,862.04 | |
| November | | | | 23,838.62 | 2,407,700.66 | |
| December | | | | 24,077.01 | 2,431,777.67 | |
| **2020** | | | | | | |
| January | | | | 24,317.78 | $2,456,095.45 | |
| February | | | | | | |
| March | | | | | | |
| | | | $60,971.94 | $484,668.91 | | **$2,456,095.45** |

037840/00005/10666024v1

Page 3 -  PLAINTIFF'S ITEMIZED LIST OF ECONOMIC DAMAGES

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S ITEMIZED LIST**

**OF ECONOMIC DAMAGES** on:

> Theodore L. Vallas
> Carlsbad-Palomar Airlines, Inc.
> 2100 Palomar Airport Road, #222/223
> Carlsbad, CA 920011
> Vallas1@cox.net
> tgvallas@gmail.com

by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below; and by causing a copy thereof to be e-mailed to said party at said party's last-known email addresses on the date set forth below.

DATED this 3rd day of February, 2020.

TONKON TORP LLP

By *s/ Ava L. Schoen*
_____
Ava L. Schoen, OSB No. 044072
  Direct Dial:  503.802.2143
  Direct Fax:   503.972.3843
  Email:  ava.schoen@tonkon.com
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099
Attorneys for Plaintiff