Ava L. Schoen, OSB #044072
  Direct Dial:  503.802.2143
  Fax:  503.972.3843
  Email:  ava.schoen@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| ADI ACQUISITION CO., LLC,<br><br>      Plaintiff,<br><br> v.<br><br>THEODORE L. VALLAS,<br><br>      Defendant. | Civil No. 3:18-cv-01871-HZ<br><br>**PLAINTIFF'S REBUTTAL EXHIBIT LIST** |

    Plaintiff ADI Acquisition Co., LLC submits the following rebuttal exhibit list pursuant to the Court Trial Management Order [ECF No. 26] and Minute Order [ECF No. 34].

| Ex. No. | Bates No. or ECF No. | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 44 | ADI_0000734-ADI_0000735 | January 21, 2018 email string between Timothy Sieber, John Beardsley, Darrell Richardson, Mr. Vallas, Dr. Paul Hook, Terry Canby and Tom Carrollo regarding *Caesar's* case legal fees | | | |
| 45 | ADI_000815-ADI_000816 | February 13, 2018 email string between John Barkley and Bruce Berning with cc to Michael Fletcher regarding stock purchase agreement negotiations | | | |

Page 1 -  PLAINTIFF'S REBUTTAL EXHIBIT LIST

| Ex. No. | Bates No. or ECF No. | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 46 | ADI_000818-ADI_000823 | February 9, 2018 - February 13, 2018 email string between Terry Canby and John Barkley attaching Aerodynamics Incorporated Balance Sheet Detail with markup by John Barkley | | | |
| 47 | ADI_000876-ADI_000877 | February 9, 2018 - February 14, 2018 email string between John Barkley and Terry Canby with cc on final email to Mary Herrington regarding Aerodynamics Incorporated Balance Sheet | | | |
| 48 | ADI_000922-ADI_000925 | February 15, 2018 email between Sam Holly for Bruce Berning and John Barkley with cc to Michael Fletcher regarding letter agreements with lawyers | | | |
| 49 | ADI_000529-ADI_000533 | February 15, 2018 – February 18, 2018 emails between Bruce Berning, John Barkley, and Terry Canby with forward to Timothy Sieber by Terry Canby regarding Stock Purchase Agreement negotiations and closing | | | |
| 50 | ADI_001417-ADI_001427 | February 22, 2018 email from John Barkley to Michael Fletcher regarding revisions to Stock Purchase Agreement with Addendum attached | | | |
| 51 | ADI_001483-ADI_001487 | February 22, 2018 – February 23, 2018 email string between Michael Fletcher and John Barkley regarding revisions to Addendum to Stock Purchase Agreement | | | |
| 52 | ADI_002057-ADI_002065 | February 26, 2018 email from Michael Fletcher to John Barkley with cc to Terry Canby and Bruce Berning attaching seller closing documents | | | |

Page 2 -  PLAINTIFF'S REBUTTAL EXHIBIT LIST

| Ex. No. | Bates No. or ECF No. | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 53 | ADI_002071 | February 26, 2018 email from John Barkley to Terry Canby and Timothy Sieber setting out payments that Carlsbad-Palomar Airlines, Inc. needs to be make at or immediately following closing, including *Caesar*'s legal fees | | | |
| 54 | ADI_002088-ADI_002113 | February 27, 2018 email from Michael Fletcher to John Barkley with cc to John Beardsley, Timothy Sieber, and Terry Canby attaching revised Addendum to Stock Purchase Agreement | | | |
| 55 | ADI_002114 | February 27, 2018 email from John Barkley to Michael Fletcher with cc to John Beardsley, Timothy Sieber, and Terry Canby regarding Addendum to Stock Purchase Agreement | | | |
| 56 | ADI_002272-ADI_002273 | March 1, 2018 email between John Barkley and Bruce Berning with cc to Michael Fletcher regarding *Caesar*'s case | | | |
| 57 | ADI_002595 | March 1, 2018 email from Bruce Berning to John Barkley with cc to Michael Fletcher and C. Dana Hobart regarding *Caesar's* case | | | |
| 58 | ADI_002596-ADI_002597 | March 1, 2018 email string between Bruce Berning, John Barkley, Michael Fletcher, John Beardsley, Terry Canby, and Tom Carrollo regarding C. Dana Hobart's report regarding *Caesar*'s case | | | |
| 59 | ADI_002621-ADI_002623 | March 1, 2018 email string between Bruce Berning, John Barkley, John Beardsley, Michael Fletcher, Terry Canby, and Tom Carrollo regarding *Caesar*'s case | | | |

| Ex. No. | Bates No. or ECF No. | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 60 | ADI_002315 | March 1, 2018 email from Timothy Sieber to John Barkley with cc to Bruce Berning, Michael Fletcher, and Terry Canby regarding QuickBooks access | | | |
| 61 | ADI_002633 | March 2, 2018 - March 3, 2018 email string between Bruce Berning and John Barkley with cc to John Beardsley and Terry Canby regarding status of closing | | | |
| 62 | ADI_000303-ADI_000304 | March 1, 2, and 5, 2018 emails between John Barkley and Bruce Berning regarding status of closing | | | |
| 63 | ADI_002349 | March 12, 2018 email from John Barkley to Bruce Berning stating wire instructions given to Mr. Vallas | | | |
| 64 | ADI_002350 | March 13, 2018 email string between Bruce Berning and John Barkley regarding status of processing funds by brokerage | | | |
| 65 | ADI_002351 | March 14, 2018 email string between Bruce Berning and John Barkley requesting proof that payment for closing is in process. | | | |
| 66 | ADI_000038-ADI_000047 | March 14, 2018 letter from John Barkley to Bruce Berning regarding status of closing and proposal for finalizing Stock Purchase Agreement, including promissory note and guaranty | | | |
| 67 | ADI_002394-ADI_002395 | March 19, 2018 email between John Barkley and Bruce Berning regarding status of closing, including promissory note and guaranty | | | |

| Ex. No. | Bates No. or ECF No. | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 68 | ADI_002398 | March 20, 2018 email from Bruce Berning to John Barkley regarding Second Addendum and revised Vallas Guaranty | | | |
| 69 | | Courthouse News Service Complaints search regarding actions involving Carlsbad-Palomar Airlines, Inc. | | | |

DATED this 14th day of February, 2020.

TONKON TORP LLP

By *s/ Ava L. Schoen*
Ava L. Schoen, OSB No. 044072
  Direct Dial:  503.802.2143
  Direct Fax:   503.972.3843
  Email:  ava.schoen@tonkon.com
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099
Attorneys for Plaintiff

037840\00005\10755221v1

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S REBUTTAL EXHIBIT LIST** on:

>Theodore L. Vallas
>Carlsbad-Palomar Airlines, Inc.
>2100 Palomar Airport Road, #222/223
>Carlsbad, CA 920011
>Vallas1@cox.net
>tgvallas@gmail.com

by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below; and by causing a copy thereof to be e-mailed to said party at said party's last-known email addresses on the date set forth below.

DATED this 14th day of February, 2020.

>TONKON TORP LLP
>
>
>By *s/ Ava L. Schoen*
>   Ava L. Schoen, OSB No. 044072
>    Direct Dial:  503.802.2143
>    Direct Fax:  503.972.3843
>    Email:  ava.schoen@tonkon.com
>   1600 Pioneer Tower
>   888 SW Fifth Avenue
>   Portland, OR  97204-2099
>   Attorneys for Plaintiff

037840/00005/10666110v1