Ava L. Schoen, OSB #044072
  Direct Dial: 503.802.2143
  Fax: 503.972.3843
  Email: ava.schoen@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| ADI ACQUISITION CO., LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>THEODORE L. VALLAS,<br><br>                    Defendant. | Civil No. 3:18-cv-01871-HZ<br><br>**PLAINTIFF'S LIST OF ALL POTENTIAL WITNESSES** |

Pursuant to the Court's Court Trial Management Order [ECF No. 26] and Minute Order [ECF No. 34], Plaintiff ADI Acquisition Co., LLC submits the following one-page list of all potential witnesses, excluding impeachment witnesses:

1. Terry Canby
2. John Beardsley
3. Samantha Holly
4. Theodore L. Vallas
5. Michael Fletcher
6. Fernando Pineda
7. Donald Slaven

DATED this 14th day of February 2020.

        TONKON TORP LLP

By *s/ Ava L. Schoen*
Ava L. Schoen, OSB No. 044072
 Direct Dial:  503.802.2143
 Direct Fax:  503.972.3843
 Email:  ava.schoen@tonkon.com
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099
Attorneys for Plaintiff

037840/00005/10666076v1

## CERTIFICATE OF SERVICE

    I hereby certify that I served the foregoing **PLAINTIFF'S LIST OF ALL POTENTIAL WITNESSES** on:

        Theodore L. Vallas
        Carlsbad-Palomar Airlines, Inc.
        2100 Palomar Airport Road, #222/223
        Carlsbad, CA 920011
        Vallas1@cox.net
        tgvallas@gmail.com

by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below; and by causing a copy thereof to be e-mailed to said party at said party's last-known email addresses on the date set forth below.

    DATED this 14th day of February, 2020.

        TONKON TORP LLP


        By *s/ Ava L. Schoen*
          Ava L. Schoen, OSB No. 044072
           Direct Dial:  503.802.2143
           Direct Fax:   503.972.3843
           Email:  ava.schoen@tonkon.com
          1600 Pioneer Tower
          888 SW Fifth Avenue
          Portland, OR  97204-2099
          Attorneys for Plaintiff

037840/00005/10831838v1