ADI Acquisition Co, LLC vs Theodore L. Vallas          Case No. 3:18-cv-01871-HZ
### DEFENDANT'S TRIAL BRIEF EXHIBIT LIST

|     | DESCRIPTION | MARKED | OFFERED | RECEIVED |
|-----|-------------|--------|---------|----------|
| 501 | Non Disclosure Agreement | | | |
| 502 | CPR Loan Agreement Per Cash Purchase | | | |
| 503 | Meeting at Palm Springs with Mr. Beardsley | | | |
| 504 | Complaint (Breach of Guaranty) | | | |
| 505 | Defendant's Answer and Affirmative Defenses | | | |
| 506 | Term Sheet for Ownership Interest Purchase Agreement | | | |
| 507 | Settlement Agreement and Mutual Release Beals + Beardsley | | | |
| 508 | Confession of Judgment Against John Beardsley | | | |
| 509 | Missleading/Inaccurate Documents | | | |
| 510 | HL, Hobart Lindzer LLP Regarding Aerodynamics, et a.l., v Caesars | | | |
| 511 | Stock Purchase Agreement ADI and CPA | | | |
| 512 | Assignment of Stock and Stock Power ADI | | | |
| 513 | Second Amendment to Stock Purchase Agreement | | | |

ADI Acquisition Co, LLC vs Theodore L. Vallas          Case No. 3:18-cv-01871-HZ
## DEFENDANT'S TRIAL BRIEF EXHIBIT LIST

|     | DESCRIPTION | MARKED | OFFERED | RECEIVED |
|-----|-------------|--------|---------|----------|
| 514 | Lack of Leadership Regarding Fernando Pineda Report | | | |
| 515 | Condition of Aircraft | | | |
| 516 | Donald Slaven Resume Purchaser of ADI Parts Witness | | | |
| 517 | Fernando Pineda Resume Witness | | | |
| 518 | Timothy Sieber Items Necessary to Close | | | |
| 519 | Chapter 11 Statement Closing Certificate Seller | | | |
| 520 | Reserved | | | |
| 521 | Reserved | | | / |
| 522 | ACMI Charter Agreement Regarding Income Incentive to Income | | | |
| 523 | Pro Forma Balance Sheet | | | |
| 524 | Miscellanious Discusion Items | | | |
| 525 | Foundation in Operations | | | |
|     | | | | |