Ava L. Schoen, OSB #044072
  Direct Dial: 503.802.2143
  Fax: 503.972.3843
  Email: ava.schoen@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| ADI ACQUISITION CO., LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THEODORE L. VALLAS,<br><br>　　　　　　　Defendant. | Civil No. 3:18-cv-01871-HZ<br><br>**PLAINTIFF'S SUPPLEMENTAL REBUTTAL EXHIBIT LIST** |

　　　　Plaintiff ADI Acquisition Co., LLC submits the following Supplemental Rebuttal Exhibit List:

| Ex. No. | Bates No. or ECF No. | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 44 | ADI_0000734-ADI_0000735 | January 21, 2018 email string between Timothy Sieber, John Beardsley, Darrell Richardson, Mr. Vallas, Dr. Paul Hook, Terry Canby and Tom Carrollo regarding *Caesar's* case legal fees | | | |
| 45 | ADI_000815-ADI_000816 | February 13, 2018 email string between John Barkley and Bruce Berning with cc to Michael Fletcher regarding stock purchase agreement negotiations | | | |

Page 1 -  PLAINTIFF'S SUPPLEMENTAL REBUTTAL EXHIBIT LIST

| Ex. No. | Bates No. or ECF No. | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 46 | ADI_000818-ADI_000823 | February 9, 2018 - February 13, 2018 email string between Terry Canby and John Barkley attaching Aerodynamics Incorporated Balance Sheet Detail with markup by John Barkley | | | |
| 47 | ADI_000876-ADI_000877 | February 9, 2018 - February 14, 2018 email string between John Barkley and Terry Canby with cc on final email to Mary Herrington regarding Aerodynamics Incorporated Balance Sheet | | | |
| 48 | ADI_000922-ADI_000925 | February 15, 2018 email between Sam Holly for Bruce Berning and John Barkley with cc to Michael Fletcher regarding letter agreements with lawyers | | | |
| 49 | ADI_000529-ADI_000533 | February 15, 2018 – February 18, 2018 emails between Bruce Berning, John Barkley, and Terry Canby with forward to Timothy Sieber by Terry Canby regarding Stock Purchase Agreement negotiations and closing | | | |
| 50 | ADI_001417-ADI_001427 | February 22, 2018 email from John Barkley to Michael Fletcher regarding revisions to Stock Purchase Agreement with Addendum attached | | | |
| 51 | ADI_001483-ADI_001487 | February 22, 2018 – February 23, 2018 email string between Michael Fletcher and John Barkley regarding revisions to Addendum to Stock Purchase Agreement | | | |
| 52 | ADI_002057-ADI_002065 | February 26, 2018 email from Michael Fletcher to John Barkley with cc to Terry Canby and Bruce Berning attaching seller closing documents | | | |

Page 2 -  PLAINTIFF'S SUPPLEMENTAL REBUTTAL EXHIBIT LIST

| Ex. No. | Bates No. or ECF No. | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 53 | ADI_002071 | February 26, 2018 email from John Barkley to Terry Canby and Timothy Sieber setting out payments that Carlsbad-Palomar Airlines, Inc. needs to be make at or immediately following closing, including *Caesar*'s legal fees | | | |
| 54 | ADI_002088-ADI_002113 | February 27, 2018 email from Michael Fletcher to John Barkley with cc to John Beardsley, Timothy Sieber, and Terry Canby attaching revised Addendum to Stock Purchase Agreement | | | |
| 55 | ADI_002114 | February 27, 2018 email from John Barkley to Michael Fletcher with cc to John Beardsley, Timothy Sieber, and Terry Canby regarding Addendum to Stock Purchase Agreement | | | |
| 56 | ADI_002272-ADI_002273 | March 1, 2018 email between John Barkley and Bruce Berning with cc to Michael Fletcher regarding *Caesar*'s case | | | |
| 57 | ADI_002595 | March 1, 2018 email from Bruce Berning to John Barkley with cc to Michael Fletcher and C. Dana Hobart regarding *Caesar's* case | | | |
| 58 | ADI_002596-ADI_002597 | March 1, 2018 email string between Bruce Berning, John Barkley, Michael Fletcher, John Beardsley, Terry Canby, and Tom Carrollo regarding C. Dana Hobart's report regarding *Caesar*'s case | | | |
| 59 | ADI_002621-ADI_002623 | March 1, 2018 email string between Bruce Berning, John Barkley, John Beardsley, Michael Fletcher, Terry Canby, and Tom Carrollo regarding *Caesar*'s case | | | |

| Ex. No. | Bates No. or ECF No. | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 60 | ADI_002315 | March 1, 2018 email from Timothy Sieber to John Barkley with cc to Bruce Berning, Michael Fletcher, and Terry Canby regarding QuickBooks access | | | |
| 61 | ADI_002633 | March 2, 2018 - March 3, 2018 email string between Bruce Berning and John Barkley with cc to John Beardsley and Terry Canby regarding status of closing | | | |
| 62 | ADI_000303-ADI_000304 | March 1, 2, and 5, 2018 emails between John Barkley and Bruce Berning regarding status of closing | | | |
| 63 | ADI_002349 | March 12, 2018 email from John Barkley to Bruce Berning stating wire instructions given to Mr. Vallas | | | |
| 64 | ADI_002350 | March 13, 2018 email string between Bruce Berning and John Barkley regarding status of processing funds by brokerage | | | |
| 65 | ADI_002351 | March 14, 2018 email string between Bruce Berning and John Barkley requesting proof that payment for closing is in process | | | |
| 66 | ADI_000038-ADI_000047 | March 14, 2018 letter from John Barkley to Bruce Berning regarding status of closing and proposal for finalizing Stock Purchase Agreement, including promissory note and guaranty | | | |
| 67 | ADI_002394-ADI_002395 | March 19, 2018 email between John Barkley and Bruce Berning regarding status of closing, including promissory note and guaranty | | | |

Page 4 -  PLAINTIFF'S SUPPLEMENTAL REBUTTAL EXHIBIT LIST

| Ex. No. | Bates No. or ECF No. | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 68 | ADI_002398 | March 20, 2018 email from Bruce Berning to John Barkley regarding Second Addendum and revised Vallas Guaranty | | | |
| 69 | | Courthouse News Service Complaints search regarding actions involving Carlsbad-Palomar Airlines, Inc. | | | |
| 70 | ADI_001414; ADI_001395 – ADI_001396 | February 22, 2018 email string between Michael Fletcher and John Barkley with cc to Bruce Berning, Terry Canby, and John Beardsley regarding ADI Acquisition Co., LLC stock certificate | | | |
| 71 | | November 19, 2019 letter from Theodore L. Vallas to the Office of Aviation Analysis regarding request for extension of Grant Authority to restart operations | | | |
| 72 | | January 16, 2020 letter from the Office of Aviation Analysis to Theodore L. Vallas regarding response to request for extension of Grant Authority to restart operations | | | |
| 73 | | January 31, 2019 Complaint for Indemnification and Declaratory Relief filed by John Barkley in the Superior Court of the State of California in and for the County of San Diego, North County Division, in *John Barkley v. Carlsbad-Palomar Airlines, Inc.* (Case No. 37-2019-00006177-CU-OE-NC) | | | |
| 74 | | March 14, 2018 letter from John Barkley to Directors regarding Aerodynamics Inc. Financial State (sent via email March 21, 2018) | | | |

Page 5 -  PLAINTIFF'S SUPPLEMENTAL REBUTTAL EXHIBIT LIST

| Ex. No. | Bates No. or ECF No. | Description | Marked | Offered | Received |
|---|---|---|---|---|---|
| 75 | | October 30, 2017 Great Lakes Aviation Ltd. invoice to Aerodynamics Inc. | | | |
| 76 | | December 21, 2018 (revised December 27, 2018) letter from The City of Pierre and City of Watertown to the Office of Aviation and International Affairs regarding delinquent services provided by California Pacific Airlines | | | |
| 77 | | November 3, 2017 Oside News article: Carlsbad McClellan-Palomar Airport Based Airline Finally Taking Flight | | | |

DATED this 3rd day of March, 2020.

TONKON TORP LLP


By *s/ Ava L. Schoen*
   Ava L. Schoen, OSB No. 044072
    Direct Dial:  503.802.2143
    Direct Fax:   503.972.3843
    Email:  ava.schoen@tonkon.com
   1600 Pioneer Tower
   888 SW Fifth Avenue
   Portland, OR  97204-2099
   Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S SUPPLEMENTAL REBUTTAL EXHIBIT LIST** on:

>Theodore L. Vallas
>Carlsbad-Palomar Airlines, Inc.
>2100 Palomar Airport Road, #222/223
>Carlsbad, CA 920011
>Vallas1@cox.net
>tgvallas@gmail.com

by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below; and by causing a copy thereof to be e-mailed to said party at said party's last-known email addresses on the date set forth below.

DATED this 3rd day of March, 2020.

>TONKON TORP LLP
>
>
>By *s/ Ava L. Schoen*
>   Ava L. Schoen, OSB No. 044072
>     Direct Dial:  503.802.2143
>     Direct Fax:   503.972.3843
>     Email:  ava.schoen@tonkon.com
>   1600 Pioneer Tower
>   888 SW Fifth Avenue
>   Portland, OR  97204-2099
>   Attorneys for Plaintiff

037840/00005/10908138v1