Ava L. Schoen, OSB #044072
  Direct Dial: 503.802.2143
  Fax: 503.972.3843
  Email: ava.schoen@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| **ADI ACQUISITION CO., LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **THEODORE L. VALLAS,** <br><br> Defendant. | Civil No. 3:18-cv-01871-HZ <br><br> **DECLARATION OF AVA L. SCHOEN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

I, Ava L. Schoen, do hereby declare as follows:

1.      I am the attorney of record for Plaintiff in this action.  I have personal knowledge of all of the facts herein and am competent to testify thereto.

2.      I am submitting this declaration in support of Plaintiff's motion for attorneys' fees and costs.  I am familiar with the work performed and services rendered in connection with this case.

Page 1 -    DECLARATION OF AVA L. SCHOEN IN SUPPORT OF PLAINTIFF'S MOTION
             FOR ATTORNEYS' FEES

3.  I have reviewed the fees and costs Plaintiff has been charged by Tonkon Torp. Based on my review, Plaintiff has been charged $107,880 in fees and $2,148.50 in costs for the litigation for the period of January 1, 2020 through June 30, 2020.

4.  Plaintiff's costs, disbursements, and fees are allowable based on Defendant's Personal Guaranty executed on March 20, 2018, in favor of Plaintiff (the "Guaranty"). The amount of fees incurred from January 1, 2020 through June 30, 2020 is $107,880, as detailed on **Exhibit 1**. The amount of costs incurred from January 1, 2020 through June 30, 2020 is $2,148.50, as detailed in **Exhibit 2**.

5.  According to the 2017 Oregon State Bar Economic Survey, the average (mean) hourly billing rate for business and corporate litigation attorneys practicing in Portland, Oregon was $367 per hour in 2016.

6.  The 2017 Oregon State Bar Economic Survey reports rates from 2016. A method of adjusting for inflation the 2016 rates listed in the survey to produce an estimate of the corresponding rates prevalent in the Portland-area legal community in 2020, is to multiply the 2016 rates by the federal Bureau of Labor Statistics' reported consumer price index for urban consumers ("CPI–U") for the first half of 2020, and then to divide the resulting product by the reported CPI–U for 2016. *Ayala v. Cook Family Builders LLC*, 2018 WL 1631453, at *5 (D. Or. Mar. 6, 2018), *report and recommendation adopted*, 2018 WL 1629863 (D. Or. Apr. 3, 2018). The CPI-U for the Western states in the first half of 2020 was 273.646. *See* U.S. Dep't of Labor, *Consumer Price Index*, https://www.bls.gov/regions/west/news-release/consumerpriceindex_west.htm. The annual CPI-U for the Western states in 2016 was 247.705. *Id.* Using the method described above, the adjusted average hourly billing rate for 2020 is $405.43.

Page 2 -   DECLARATION OF AVA L. SCHOEN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

7. I am the attorney primarily responsible for this matter. I bill at a standard rate of $415 per hour. I graduated from law school approximately 19 years ago and have been admitted to practice in Oregon for approximately 16 years.

8. Timothy Wright, who assisted on certain research projects in this matter, bills at a standard rate of $285 per hour. Mr. Wright has been admitted to practice in Oregon for approximately two and a half years. Prior to joining Tonkon Torp, he served for two years as a judicial law clerk for the former Chief Judge at the Oregon Court of Appeals.

9. My rate and Mr. Wright's rate are fair and reasonable given our experience, knowledge, and recognized competence in the areas of law for which the services were rendered.

10. A total of 288 hours were spent on this case from January 1, 2020 through June 30, 2020, as follows: approximately (a) 109.9 hours relating to researching, investigating, and preparing numerous pretrial submissions based on the Court's orders and in response to Defendant's filings (b) 27.9 hours relating to investigating, researching, and preparing court papers based on the affirmative defenses originally asserted by Defendant and additional defenses belatedly asserted by Defendant; (c) 6.4 hours relating to preparing for and attending multiple status conferences, (d) 106.7 hours relating to preparing for trial two times because the first trial date was postponed five days prior to the start of trial at Defendant's request; (e) 24.5 hours relating to overseeing the logistics of and conducting a two-day trial via video conference; (f) 6.5 hours relating to preparing and communicating about the terms of the judgment; (g) 3.2 hours relating to researching registration of the judgment in California, where Defendant resides; and (h) 2.9 hours relating to case management and other work directly related to these proceedings. The hours spent on this matter are reasonable considering the number of

Page 3 -   DECLARATION OF AVA L. SCHOEN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

documents drafted, the issues researched, the time spent responding to Defendant's various pleadings, the number of status conferences held; and the time spent preparing for trial set for March of 2020 and, again, for June of 2020, because the March trial was rescheduled at Defendant's request only five days before the March trial was to commence.  The time spent on this matter was necessary to reach an acceptable outcome for Plaintiff.

11. The only costs incurred from January 1, 2020 through June 30, 2020 were the costs of copying pleadings and exhibits (to provide notebooks to the court pursuant to court orders, to provide pleading and exhibit notebooks to me, and to have exhibit notebooks available to witnesses) and delivering those notebooks.  These costs are for services that were actually and necessarily performed.

12. The time expended, services rendered, and overall fees and expenses charged are reasonable and necessary given the legal issues raised, the nature and scope of the matters raised by Defendant that Plaintiff had to address, and the positions taken by Defendant and the defenses asserted.

**PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.**

DATED this 20th day of July, 2020.

By *s/ Ava L. Schoen*

037840/00005/11265710v2

Page 4 -   DECLARATION OF AVA L. SCHOEN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

**ADI ACQUISITION CO., LLC V. THEODORE L. VALLAS**
**037840-00005**

| Work Date | Invoice Number | Narrative | WTK | Hours | Fees Billed |
|---|---|---|---|---|---|
| 1/2/2020 | 1598444 | Prepare pretrial submissions (1.8); analyze and communicate regarding terms of stock purchase agreement (.4) | ALS | 2.2 | 913.00 |
| 1/3/2020 | 1598444 | Analyze and identify trial exhibits (2.8); research and draft trial memorandum (2.5) | ALS | 5.3 | 2,199.50 |
| 1/6/2020 | 1598444 | Research and draft trial memorandum (.4); analyze and identify trial exhibits (.7) | ALS | 1.1 | 456.50 |
| 1/7/2020 | 1598444 | Analyze defenses in defendant's answer | TW | 1.1 | 313.50 |
| 1/7/2020 | 1598444 | Review documents produced in case (1.1); analyze and identify trial exhibits (3.2) | ALS | 4.3 | 1,784.50 |
| 1/8/2020 | 1598444 | Review documents produced in case (.9); analyze and identify trial exhibits (1.1) | ALS | 2.0 | 830.00 |
| 1/9/2020 | 1598444 | Analyze arguments for motions in limine | TW | 0.2 | 57.00 |
| 1/9/2020 | 1598444 | Review documents produced in case (.6); analyze and identify trial exhibits (3.1) | ALS | 3.7 | 1,535.50 |
| 1/10/2020 | 1598444 | Analyze and identify trial exhibits (.6); research and draft trial memorandum (2.1) | ALS | 2.7 | 1,120.50 |
| 1/13/2020 | 1598444 | Analyze effect of waiver of defenses on defendant's answer and future arguments | TW | 6.2 | 1,767.00 |
| 1/13/2020 | 1598444 | Prepare timeline of events (.7); identify trial exhibits (.9); draft trial memorandum (1.2) | ALS | 2.8 | 1,162.00 |
| 1/14/2020 | 1598444 | Analyze and identify trial exhibits (1.4); research waiver of affirmative defenses (2.1) | ALS | 3.5 | 1,452.50 |
| 1/14/2020 | 1598444 | Analyze effect of waiver of defenses on defendant's answer and future arguments | TW | 3.1 | 883.50 |

Exhibit 1
1 of 11

**ADI ACQUISITION CO., LLC V. THEODORE L. VALLAS**
**037840-00005**

| Work Date | Invoice Number | Narrative | WTK | Hours | Fees Billed |
|---|---|---|---|---|---|
| 1/15/2020 | 1598444 | Analyze elements of defendant's affirmative defenses (3.2) | TW | 3.2 | 912.00 |
| 1/15/2020 | 1598444 | Conduct research of motions in limine to exclude evidence of defendant's affirmative defenses (.2) | ALS | 0.2 | 83.00 |
| 1/16/2020 | 1598444 | Prepare for trial against Mr. Vallas, including researching and drafting trial memorandum (.5) and preparing summary of economic damages (.3) | ALS | 0.8 | 332.00 |
| 1/17/2020 | 1598444 | Draft elements of defendant's affirmative defenses (2.4) | TW | 2.4 | 684.00 |
| 1/17/2020 | 1598444 | Prepare for and attend meeting with Mr. Canby to prepare for trial | ALS | 2.9 | 1,203.50 |
| 1/20/2020 | 1598444 | Research and draft trial memorandum (.7) | ALS | 0.7 | 290.50 |
| 1/21/2020 | 1598444 | Prepare for trial against Mr. Vallas, including researching and drafting trial memorandum (.5), preparing summary of economic damages (.2), and identifying rebuttal exhibits (1.3) | ALS | 2.0 | 830.00 |
| 1/21/2020 | 1598444 | Receive assignment and go over exhibit preparation for trial (.2) | AU | 0.2 | 45.00 |
| 1/22/2020 | 1598444 | Create initial exhibit list for attorney review (2.5) | AU | 2.5 | 562.50 |
| 1/22/2020 | 1598444 | Prepare summary of witness testimony (.5) and identify trial exhibits (.4) | ALS | 0.9 | 373.50 |
| 1/23/2020 | 1598444 | Begin to incorporate edits to exhibit list (.2) | AU | 0.2 | 45.00 |
| 1/23/2020 | 1598444 | Research and draft trial memorandum (.6); analyze needed witness testimony (1.1); identify rebuttal exhibits (.9) | ALS | 2.6 | 1,079.00 |
| 1/24/2020 | 1598444 | Edit exhibit list (1.8) | AU | 1.6 | 360.00 |

Exhibit 1
2 of 11

**ADI ACQUISITION CO., LLC V. THEODORE L. VALLAS**
**037840-00005**

| Work Date | Invoice Number | Narrative | WTK | Hours | Fees Billed |
|---|---|---|---|---|---|
| 1/24/2020 | 1598444 | Prepare summary of economic damages (.2) and statement of witness testimony (1.9); revise trial memorandum (.3) | ALS | 2.4 | 996.00 |
| 1/25/2020 | 1598444 | Refine exhibits (2.5); revise timeline of events (1.1); research and revise trial memorandum (2.9); revise summary of economic damages (.2) | ALS | 6.7 | 2,780.50 |
| 1/26/2020 | 1598444 | Refine exhibits (1.3); research and revise trial memorandum (1.6); revise summary of economic damages (.3); revise summaries of witness testimony (1.3) | ALS | 4.5 | 1,867.50 |
| 1/27/2020 | 1598444 | Analyze breach of guaranty issue for motion in limine (3.9) | TW | 3.9 | 1,111.50 |
| 1/27/2020 | 1598444 | Compile trial exhibits electronically and meet with attorney regarding next steps for trial exhibits (2.1) | AU | 2.1 | 472.50 |
| 1/27/2020 | 1598444 | Research and revise trial memorandum (.6); research and draft motions in limine to exclude defendant's evidence (2.5) | ALS | 3.1 | 1,286.50 |
| 1/28/2020 | 1598444 | Prepare trial exhibits and updated exhibit lists (4.0) | AU | 4.0 | 900.00 |
| 1/28/2020 | 1598444 | Refine exhibits (.6); revise trial memorandum (1.5), summary of economic damages (.1), and witness statements (1.1) | ALS | 3.3 | 1,369.50 |
| 1/29/2020 | 1598444 | Finalize trial exhibits and prepare them for submission to the court and parties (3.0) | AU | 3.0 | 675.00 |
| 1/29/2020 | 1598444 | Refine exhibits (.9); revise summary of economic damages, (.1) trial memorandum (.2), and witness statements (.2); communications with court regarding pretrial conference (.2) | ALS | 1.6 | 664.00 |
| 1/30/2020 | 1598444 | Prepare electronic trial exhibits for submission to court (.8) | AU | 0.8 | 180.00 |

Exhibit 1
3 of 11

**ADI ACQUISITION CO., LLC V. THEODORE L. VALLAS**
**037840-00005**

| Work Date | Invoice Number | Narrative | WTK | Hours | Fees Billed |
|---|---|---|---|---|---|
| 1/30/2020 | 1598444 | Update trial exhibits (.3); identify impeachment exhibits (1.4); analyze and communicate about Mr. Vallas' compliance with court deadlines and series of communications with Mr. Vallas, client, and court clerk regarding same (.8) | ALS | 2.5 | 1,037.50 |
| 1/31/2020 | 1598444 | Research and identify impeachment exhibits (.9); prepare for, appear at, and follow up to status conference regarding court deadlines (1.7); update pretrial submissions (.3) | ALS | 2.9 | 1,203.50 |
| 1/31/2020 | 1598444 | Finalize electronic trial exhibits for submission to the court (.7) | AU | 0.7 | 157.50 |
| 1/31/2020 | 1598444 | Prepare impeachment exhibits and update exhibit list (.5) | AU | 0.5 | 112.50 |
| 2/2/2020 | 1599561 | Update pretrial pleadings (.5) | ALS | 0.5 | 207.50 |
| 2/3/2020 | 1599561 | Finalize transmittal and delivery of judge's copies of plaintiff's trial exhibits and send electronic copies to Mr. Vallas (.8) | AU | 0.8 | 180.00 |
| 2/3/2020 | 1599561 | Finalize various pretrial pleadings (2.6); research and draft motions in limine (2.5) | ALS | 5.1 | 2,116.50 |
| 2/3/2020 | 1599561 | Process and save potential impeachment exhibits (.2) | AU | 0.2 | 45.00 |
| 2/4/2020 | 1599561 | Telephone conference with Mr. Vallas to confer regarding motions in limine (.1); continue to draft motions in limine (.3) | ALS | 0.4 | 166.00 |
| 2/5/2020 | 1599561 | Telephone conference with Mr. Vallas and follow up thereto (.3); conduct witness research (.6); identify impeachment exhibits (.3); revise motions in limine (.4) | ALS | 1.6 | 664.00 |
| 2/5/2020 | 1599561 | Update rebuttal exhibits and trial exhibit notebooks; process impeachment exhibits; process defendant's trial exhibits (1.0) | AU | 1.0 | 225.00 |

Exhibit 1
4 of 11

**ADI ACQUISITION CO., LLC V. THEODORE L. VALLAS**
**037840-00005**

| Work Date | Invoice Number | Narrative | WTK | Hours | Fees Billed |
|---|---|---|---|---|---|
| 2/6/2020 | 1599561 | Research background information with regard to potential impeachment exhibits and prepare summary (.4) | AU | 0.4 | 90.00 |
| 2/6/2020 | 1599561 | Review defendant's trial exhibits and compile for attorney review (1.3) | AU | 1.3 | 292.50 |
| 2/6/2020 | 1599561 | Revise motions in limine (1.1); review Mr. Vallas' exhibits (.9); research and prepare evidentiary objections to Mr. Vallas' exhibits (6.3) | ALS | 8.3 | 3,444.50 |
| 2/7/2020 | 1599561 | Finalize motions in limine (.3); research and prepare objections to Mr. Vallas' exhibits and witnesses (2.2); identify impeachment exhibits (2.3); draft rebuttal witness statements (.5) | ALS | 5.3 | 2,199.50 |
| 2/7/2020 | 1599561 | Prepare impeachment exhibits for delivery to court (2.3) | AU | 2.3 | 517.50 |
| 2/10/2020 | 1599561 | Send trial exhibits to Mr. Vallas per his request (.3) | AU | 0.3 | 67.50 |
| 2/11/2020 | 1599561 | Draft rebuttal witness statements (.2); draft findings of fact and conclusions of law (1.4) | ALS | 1.6 | 664.00 |
| 2/12/2020 | 1599561 | Draft findings of fact and conclusions of law (2.7); identify rebuttal exhibits (3.5) | ALS | 6.2 | 2,573.00 |
| 2/12/2020 | 1599561 | Electronically format final impeachment exhibits for trial; update draft rebuttal exhibits list and newly identified exhibits (1.2) | AU | 1.2 | 270.00 |
| 2/13/2020 | 1599561 | Research and draft findings of fact and conclusions of law (1.8) | ALS | 1.6 | 664.00 |
| 2/14/2020 | 1599561 | Prepare and submit plaintiff's rebuttal exhibits to court; process electronic versions of rebuttal exhibits for email service upon Mr. Vallas (3.8) | AU | 3.8 | 855.00 |

Exhibit 1
5 of 11

**ADI ACQUISITION CO., LLC V. THEODORE L. VALLAS**
**037840-00005**

| Work Date | Invoice Number | Narrative | WTK | Hours | Fees Billed |
|---|---|---|---|---|---|
| 2/14/2020 | 1599561 | Revise proposed findings of fact and conclusions of law (2.5); identify rebuttal exhibits (2.6); participate in status conference with court and follow up thereto (.7) | ALS | 5.8 | 2,407.00 |
| 2/17/2020 | 1599561 | Update fourth wave of pretrial documents due to court (1.8) | ALS | 1.8 | 747.00 |
| 2/19/2020 | 1599561 | Compare handwritten vs typed exhibit list and exhibits from Mr. Vallas on February 5 and 19, 2020; report to attorney that the sets are identical (.6) | AU | 0.6 | 135.00 |
| 2/19/2020 | 1599561 | Finalize plaintiff's trial exhibit notebooks (original & copies); review and compare for accuracy plaintiff's chart of objections to defendant's witnesses and exhibits and plaintiff's objections to defendant's witnesses and exhibits (1.0) | AU | 1.0 | 225.00 |
| 2/19/2020 | 1599561 | Telephone conference with Mr. Canby regarding trial preparation (.9); continue preparing pretrial submissions to court (3.8); analyze Mr. Vallas' objections to motions in limine (.4) | ALS | 5.1 | 2,116.50 |
| 2/20/2020 | 1599561 | Finalize six sets of trial exhibit notebooks | AU | 0.3 | 67.50 |
| 2/20/2020 | 1599561 | Telephone conference to confer with Mr. Vallas (.1); research and draft motion to strike defendant's purported economic damages (1.2); continue trial preparations (2.9) | ALS | 4.2 | 1,743.00 |
| 2/21/2020 | 1599561 | Make exhibit notebook for witness Mike Fletcher (.3) | AU | 0.3 | 67.50 |

Exhibit 1
6 of 11

**ADI ACQUISITION CO., LLC V. THEODORE L. VALLAS**
**037840-00005**

| Work Date | Invoice Number | Narrative | WTK | Hours | Fees Billed |
|---|---|---|---|---|---|
| 2/21/2020 | 1599561 | Telephone conference with Mr. Vallas and follow-up thereto (.4); series of settlement communications (.3); continue trial preparation (.1) | ALS | 0.8 | 332.00 |
| 2/22/2020 | 1599561 | Prepare witness outlines (.4) | ALS | 0.4 | 166.00 |
| 2/24/2020 | 1599561 | Prepare for, participate in status conference, and follow up thereto (.6); continue trial preparations with a focus on witness testimony (2.5) | ALS | 3.1 | 1,286.50 |
| 2/25/2020 | 1599561 | Review updated pleadings from court (.2) | AU | 0.2 | 45.00 |
| 2/25/2020 | 1599561 | Telephone conferences with Messrs. Vallas and Pineda regarding scheduling depositions (.4); continue preparing for trial with focus on witness testimony and use of exhibits (6.7) | ALS | 7.1 | 2,946.50 |
| 2/26/2020 | 1599561 | Series of communications regarding possible depositions (.8); continue preparing for trial with focus on witness testimony and use of exhibits (4.1) | ALS | 4.9 | 2,033.50 |
| 2/27/2020 | 1599561 | Prepare and transmit to court additional impeachment exhibit; assemble impeachment exhibits for use at trial | AU | 1.7 | 382.50 |
| 2/27/2020 | 1599561 | Series of communications regarding possible depositions (.5); continue preparing for trial with focus on witness testimony and use of exhibits (2.4) | ALS | 2.9 | 1,203.50 |
| 2/28/2020 | 1599561 | Continue preparing for trial with focus on witness testimony and use of exhibits (1.9); meeting with Mr. Fletcher to prepare his rebuttal testimony (1.3) | ALS | 3.2 | 1,328.00 |
| 3/1/2020 | 1601080 | Draft opening statement (.7); prepare witness outlines (1.4); identify additional rebuttal exhibits (.6) | ALS | 2.7 | 1,120.50 |

Exhibit 1
7 of 11

**ADI ACQUISITION CO., LLC V. THEODORE L. VALLAS**
**037840-00005**

| Work Date | Invoice Number | Narrative | WTK | Hours | Fees Billed |
|---|---|---|---|---|---|
| 3/2/2020 | 1601080 | Draft supplemental rebuttal exhibit list; prepare corresponding exhibits for court, notebooks, and service upon defendant (2.5) | AU | 2.5 | 562.50 |
| 3/2/2020 | 1601080 | Prepare supplemental rebuttal exhibit list (.3); research and draft motion to strike (3.6); confer with Mr. Vallas (.1); trial preparation communications (1.4) | ALS | 5.4 | 2,241.00 |
| 3/3/2020 | 1601080 | Conduct witness preparation of Mr. Canby (4.5); Series of communications regarding trial postponement (.8) | ALS | 5.3 | 2,199.50 |
| 3/3/2020 | 1601080 | Prepare additional rebuttal exhibits and cover letter to judge for delivery of judge's copies; update exhibit notebooks; and email service copies to Mr. Vallas (2.0) | AU | 2.0 | 450.00 |
| 3/4/2020 | 1601080 | Analyze options for proceeding with trial (.4) | ALS | 0.4 | 166.00 |
| 3/4/2020 | 1601080 | Update trial exhibit notebooks with current exhibits lists (.2) | AU | 0.2 | 45.00 |
| 3/5/2020 | 1601080 | Prepare for, participate in, and follow up to status conference regarding postponement of trial (1.2) | ALS | 1.2 | 498.00 |
| 3/11/2020 | 1601080 | Research Scott Robinson (.1) | ALS | 0.1 | 41.50 |
| 3/16/2020 | 1601080 | Communications regarding rescheduling trial (.1) | ALS | 0.1 | 41.50 |
| 3/23/2020 | 1601080 | Communications regarding rescheduling trial (.1) | ALS | 0.1 | 41.50 |
| 5/11/2020 | 1605582 | Communications regarding upcoming trial date (.1) | ALS | 0.1 | 41.50 |
| 5/12/2020 | 1605582 | Communications regarding status conference with court regarding trial date (.2) | ALS | 0.2 | 83.00 |
| 5/14/2020 | 1605582 | Analyze case status for possible trial preparation (.5) | AU | 0.5 | 112.50 |

Exhibit 1
8 of 11

**ADI ACQUISITION CO., LLC V. THEODORE L. VALLAS**
**037840-00005**

| Work Date | Invoice Number | Narrative | WTK | Hours | Fees Billed |
|---|---|---|---|---|---|
| 5/14/2020 | 1605582 | Prepare for, participate in, and follow-up to status conference with court regarding upcoming trial (.5), start arranging logistics of conducting trial via video conference (1.8) | ALS | 2.3 | 954.50 |
| 5/15/2020 | 1605582 | Research and communications regarding conducting trial by video conference (.8) | ALS | 0.8 | 332.00 |
| 5/19/2020 | 1605582 | Analyze trial preparation tasks (.8) | AU | 0.6 | 135.00 |
| 5/19/2020 | 1605582 | Appear at status conference and follow-up thereto as to trial logistics (1.5) | ALS | 1.5 | 622.50 |
| 5/20/2020 | 1605582 | Series of communications regarding trial preparations (.7) and logistics(.5) | ALS | 1.2 | 498.00 |
| 5/20/2020 | 1605582 | Trial preparation (2.3); research logistics for video conference trial (.9) | AU | 3.2 | 720.00 |
| 5/21/2020 | 1605582 | Trial preparation logistics (.1) | ALS | 0.1 | 41.50 |
| 5/21/2020 | 1605582 | Trial preparation logistics (.3) | AU | 0.3 | 67.50 |
| 5/24/2020 | 1605582 | Prepare trial exhibits for delivery to court (.8) | AU | 0.6 | 135.00 |
| 5/24/2020 | 1605582 | Trial preparation (4.5) | ALS | 4.5 | 1,867.50 |
| 5/25/2020 | 1605582 | Trial preparation (.8) | ALS | 0.6 | 249.00 |
| 5/26/2020 | 1605582 | Trial preparation logistics (.4) | AU | 0.4 | 90.00 |
| 5/26/2020 | 1605582 | Trial preparation logistics (.5) | ALS | 0.5 | 207.50 |
| 5/27/2020 | 1605582 | Trial preparation (1.6); oversee logistics for video conference trial (.9) | ALS | 2.5 | 1,037.50 |
| 5/28/2020 | 1605582 | Trial preparation (.1) | AU | 0.1 | 22.50 |
| 5/28/2020 | 1605582 | Trial preparation, and communications (1.4); oversee logistics of arranging for video conference trial (.8) | ALS | 2.2 | 913.00 |
| 5/29/2020 | 1605582 | Trial preparation (5.2) and communications regarding video conference trial (.7) | ALS | 5.9 | 2,448.50 |

Exhibit 1
9 of 11

**ADI ACQUISITION CO., LLC V. THEODORE L. VALLAS**
**037840-00005**

| Work Date | Invoice Number | Narrative | WTK | Hours | Fees Billed |
|---|---|---|---|---|---|
| 5/29/2020 | 1605582 | Update Exhibit 29 and draft email correspondence enclosing impeachment exhibits (1.0) | AU | 1 | 225.00 |
| 6/1/2020 | 1607000 | Trial preparation (2.3); research logistics for Zoom trial (1.0) | ALS | 3.3 | 1,369.50 |
| 6/1/2020 | 1607000 | Trial preparation (1.3) | AU | 1.3 | 292.50 |
| 6/2/2020 | 1607000 | Trial and witness preparation (2.9) | ALS | 2.9 | 1,203.50 |
| 6/2/2020 | 1607000 | Trial preparation (our Exhibit 28) (.2) | AU | 0.2 | 45.00 |
| 6/3/2020 | 1607000 | Trial and witness preparation (1.8) | ALS | 1.8 | 747.00 |
| 6/3/2020 | 1607000 | Trial preparation: update Exhibit 28 and email draft to attorney for review (.5) | AU | 0.5 | 112.50 |
| 6/4/2020 | 1607000 | Trial and witness preparation (3.6); series of communications regarding trial logistics and technology (.5) | ALS | 4.1 | 1,701.50 |
| 6/4/2020 | 1607000 | Trial preparation (1.2) | AU | 1.2 | 270.00 |
| 6/5/2020 | 1607000 | Trial preparation (1.3) | ALS | 1.3 | 539.50 |
| 6/7/2020 | 1607000 | Trial preparation (2.3) | ALS | 2.3 | 954.50 |
| 6/8/2020 | 1607000 | Trial and witness preparation (4.5) | ALS | 4.5 | 1,867.50 |
| 6/9/2020 | 1607000 | Prepare for trial (4.8) | ALS | 4.8 | 1,992.00 |
| 6/10/2020 | 1607000 | Prepare for and conduct trial (8.8) | ALS | 8.8 | 3,652.00 |
| 6/11/2020 | 1607000 | Prepare for and conduct trial (8.5) | ALS | 6.5 | 2,697.50 |
| 6/17/2020 | 1607000 | Research registering Oregon district court judgment in California (.2); review findings of fact and conclusions of law (.2) | ALS | 0.4 | 166.00 |
| 6/17/2020 | 1607000 | Review email correspondence and findings of fact and conclusions of law issued by Judge Hernandez (.2) | AU | 0.2 | 45.00 |

Exhibit 1
10 of 11

**ADI ACQUISITION CO., LLC V. THEODORE L. VALLAS**
**037840-00005**

| Work Date | Invoice Number | Narrative | WTK | Hours | Fees Billed |
|---|---|---|---|---|---|
| 6/19/2020 | 1607000 | Research and draft judgment and communicate regarding same (1.2); research and draft fee petition (1.5) | ALS | 2.7 | 1,120.50 |
| 6/22/2020 | 1607000 | Research fee petition (.3) | ALS | 0.3 | 124.50 |
| 6/23/2020 | 1607000 | Analyze judgment registration process in California (1.4) | TW | 1.4 | 399.00 |
| 6/23/2020 | 1607000 | Research and draft fee petition (2.0) | ALS | 2.0 | 830.00 |
| 6/25/2020 | 1607000 | Series of communications regarding terms of judgment (.4) | ALS | 0.4 | 166.00 |
| 6/29/2020 | 1607000 | Series of communications regarding terms of judgment (.4) | ALS | 0.4 | 166.00 |
| 6/30/2020 | 1607000 | Analyze judgment registration process for California (1.1) | TW | 1.1 | 313.50 |
| 6/30/2020 | 1607000 | Revise judgment and communicate with Mr. Vallas regarding same (.3); research recording and enforcing judgment in California (.5) | ALS | 0.8 | 332.00 |
| | | | **Sum:** | **288** | **$107,880.00** |

037840/00005/11353298v1

Exhibit 1
11 of 11

**ADI Acquisition Co., LLC**

**037840-00005**

| Date | Invoice | Description | Billable |
|---|---|---|---|
| 01/03/20 | 1598444 | Color Copy (in-house) | 974.00 |
| 01/03/20 | 1598444 | Photocopy (in-house) | 48.25 |
| 01/29/20 | 1598444 | Color Copy (in-house) | 156.50 |
| 01/29/20 | 1598444 | Photocopy (in-house) | 108.00 |
| 02/03/20 | 1599561 | Photocopy (in-house) | 0.35 |
| 02/12/20 | 1605582 | Telephone - Pacer Service Center | 5.20 |
| 02/14/20 | 1599561 | Color Copy (in-house) | 52.50 |
| 02/14/20 | 1599561 | Photocopy (in-house) | 0.10 |
| 02/19/20 | 1599561 | Color Copy (in-house) | 392.50 |
| 02/19/20 | 1599561 | Photocopy (in-house) | 36.15 |
| 02/25/20 | 1599561 | Color Copy (in-house) | 315.50 |
| 02/25/20 | 1599561 | Photocopy (in-house) | 0.75 |
| 02/27/20 | 1599561 | Photocopy (in-house) | 0.45 |
| 03/02/20 | 1601080 | Color Copy (in-house) | 27.50 |
| 03/02/20 | 1601080 | Photocopy (in-house) | 3.90 |
| 03/03/20 | 1601080 | Color Copy (in-house) | 3.50 |
| 03/03/20 | 1601080 | Photocopy (in-house) | 0.35 |
| 05/21/20 | 1605582 | Local Messenger/Delivery - MercuryPDX LLC TO: John Beardsley | 15.00 |
| 05/26/20 | 1605582 | Local Messenger/Delivery - MercuryPDX LLC TO: USDC | 8.00 |
| | | | **2,148.50** |

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF AVA L. SCHOEN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** on:

> Theodore L. Vallas
> Carlsbad-Palomar Airlines, Inc.
> 2100 Palomar Airport Road, #222/223
> Carlsbad, CA 92011
> Vallas1@cox.net
> tgvallas@gmail.com

by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below; and by causing a copy thereof to be emailed to said party at said party's last-known email addresses on the date set forth below.

DATED this 20th day of July, 2020.

> TONKON TORP LLP
>
>
> By *s/ Ava L. Schoen*
>    Ava L. Schoen, OSB No. 044072
>     Direct Dial:  503.802.2143
>     Direct Fax:   503.972.3843
>     Email:  ava.schoen@tonkon.com
>    1600 Pioneer Tower
>    888 SW Fifth Avenue
>    Portland, OR  97204-2099
>    Attorneys for Plaintiff

Page 1 -   CERTIFICATE OF SERVICE